# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel F. Messersmith, | No. CV-17-00548-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| JPMorgan Chase Long-Term Disability Plan, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 32), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned lawsuit is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

Dated this 4th day of October, 2017.

_____
Honorable G. Murray Snow
United States District Judge